UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; EMI BLACKWOOD MUSIC, INC.; SONG A TRON MUSIC; MOEBETOBLAME MUSIC; COLLIPARK MUSIC; SOAR LOSER MUSIC; DA CRIPPLER PUBLISHING; EWC PUBLISHING CO.,<br><br>      Plaintiffs,<br><br>  vs.<br><br>PONDEROSA CHOPHOUSE ENTERPRISES, INC. d/b/a BLACK BULL CHOP HOUSE and CESAR GABINO PENA, individually,<br><br>      Defendants. | Case No.: SACV 13-00229-CJC(RNBx)<br><br>**PERMANENT INJUNCTION** |

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Concurrently herewith, the Court issued a Judgment and corresponding Order granting Plaintiffs' motion and finding that Plaintiffs are entitled to permanent injunctive relief against Defendants.

1     IT IS HEREBY ORDERED that Defendants Ponderosa Chophouse Enterprises, Inc. and Cesar Gabino Pena and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

    This injunction is effective immediately.

DATED:    June 20, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE