JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; EMI BLACKWOOD MUSIC, INC.; SONG A TRON MUSIC; MOEBETOBLAME MUSIC; COLLIPARK MUSIC; SOAR LOSER MUSIC; DA CRIPPLER PUBLISHING; EWC PUBLISHING CO., <br><br> Plaintiffs, <br><br> vs. <br><br> PONDEROSA CHOPHOUSE ENTERPRISES, INC. d/b/a BLACK BULL CHOP HOUSE and CESAR GABINO PENA, individually, <br><br> Defendants. | Case No.: SACV 13-00229-CJC(RNBx) <br><br> JUDGMENT |

This matter came before the Court on Plaintiffs' Motion for Default Judgment. In accordance with the Order issued concurrently herewith, it is ORDERED AND ADJUDGED:

**I.**

Plaintiffs' Motion for Default Judgment against Defendants Ponderosa Chophouse Enterprises, Inc. and Cesar Gabino Pena is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of four (4) musical compositions owned and/or licensed by Plaintiffs.

**II.**

Plaintiffs shall recover from Defendants Ponderosa Chophouse Enterprises, Inc. and Cesar Gabino Pena, jointly and severally, statutory damages in the amount of six thousand dollars ($6,000) for each of the four (4) musical compositions, for a total of twenty-four thousand dollars ($24,000), pursuant to 17 U.S.C. § 504(c)(1).

**III.**

Plaintiffs shall recover from Defendants Ponderosa Chophouse Enterprises, Inc. and Cesar Gabino Pena, jointly and severally, full costs in this action, including reasonable attorneys' fees, in the amount of $2,500.25, pursuant to 17 U.S.C. § 505 and Local Rule 55-3.

**IV.**

Plaintiffs shall recover from Defendants Ponderosa Chophouse Enterprises, Inc. and Cesar Gabino Pena, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. § 1961.

///

**V.**

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: June 20, 2013

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE